Decision Per Curiam.

---

Charles O. Livingston, Plaintiff in Error, vs. The Merchants National Bank, a corporation under the laws of the United States, Defendant in Error.

Writ of error to Circuit Court Duval county.

*Walker & L'Engle and W. B. Young*, for Plaintiff in Error.

*R. H. Liggett*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.